UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR I. RODRIGUEZ-JUAREZ,<br><br>    Defendant. | Case No.: ED 15-385M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the WESTERN District of WASHINGTON for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other: Allegations of failing to report and absconting

1         and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the safety

4         of any other person or the community if released under 18 U.S.C.

5         § 3142(b) or (c).  This finding is based on the following:

6         (X)   information in the Pretrial Services Report and Recommendation

7         (X)   information in the violation petition and report(s)

8         (X)   the defendant's nonobjection to detention at this time

9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

14 Dated:  October 9, 2015

                                                      KENLY KIYA KATO
                                                      United States Magistrate Judge